UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

WILSON EGWUENU, )
)
        Plaintiff, )
v. ) No. 1:10-cv-1462-TWP-TAB
)
MR. KYLE DEFUR, et al., )
)
        Defendants. )

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The complaint violates the misjoinder of claims limitation of Rule 20(a) of the *Federal Rules of Civil Procedure*, violates the pleading requirement of Rule 8(a), and is unintelligible. For these reasons, **the complaint is stricken**.

2. Because the complaint has been stricken the **summonses issued are quashed**.

3. The plaintiff's request for the appointment of counsel is **denied** because the plaintiff has the means of preparing and filing an appropriate complaint.

4. The plaintiff shall have through **December 1, 2010,** in which to file an amended complaint free of the deficiencies specified in paragraph 1 of this Entry.

**IT IS SO ORDERED.**

Date: 11/18/2010

*[signature]*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Wilson Egwuenu
P.O. Box 90246
Indianapolis, IN 46290