UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

WILSON EGWUENU,  )
                )
        Plaintiff,  )
v.              )   No. 1:10-cv-1462-TWP-TAB
                )
MR. KYLE DEFUR, et al.,  )
                )
        Defendants.  )

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to file an amended complaint as directed in the Entry of November 19, 2010.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 12/15/2010

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana